UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | C/A No.: 6:96-cr-780-GRA-2 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | (Written Opinion) |
| WALLACE POWELL, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The above named defendant, Wallace Powell, was sentenced on February 20, 1998 to a one hundred eighty-eight (188) month custody term to be followed by five (5) years supervised release with special conditions. The defendant previously pled guilty to violation of 21 U.S.C. § 841(b)(1)(A), Conspiracy to Possess with Intent to Distribute and Distribution of Cocaine and Cocaine Base. The defendant's sentence was reduced to one hundred fifty-one (151) months on March 17, 2008. Mr. Powell was released from custody on June 6, 2008 to begin his term of supervised release.

On August 16, 2009, Mr. Powell was arrested for Trafficking Cocaine, Possession with Intent to Distribute within Half Mile of a School, Unlawful Conduct Towards a Child and Resisting Arrest. He subsequently pled guilty in Greenville County General Sessions Court on May 24, 2011 and received a sentence of fifteen (15) years, suspended upon the service of three (3) years and five (5) years probation. Due to his present custody sentence and upon the recommendation of the United States Probation Officer,

IT IS ORDERED, that the balance of supervised release in this case be terminated, and the case closed.

**IT IS SO ORDERED.**

_____
G. Ross Anderson, Jr.
Senior United States District Judge

Anderson, SC
December 16, 2011